**Exhibit A to the Complaint**

**Location:** Beaumont, CA

**Total Works Infringed:** 123

**IP Address:** 76.89.196.65

**ISP:** Spectrum

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | B4CA9DE725804650188413CE5326FF8FD94AE9ED | Tushy | 11/14/2018 09:29:11 | 09/28/2018 | 10/16/2018 | PA0002127781 |
| 2 | 050511E544A94851EDE7195D2AEE4D38A1102E4D | Tushy | 08/21/2018 06:16:30 | 06/15/2018 | 07/14/2018 | PA0002128159 |
| 3 | 05D9E9EB431AEF78D0BD2E16B66F558D4839A3BC | Tushy | 03/29/2018 16:44:58 | 08/09/2017 | 08/17/2017 | PA0002077673 |
| 4 | 06F79434931C13FC439AF646206E698DBF9E6913 | Blacked Raw | 06/03/2018 07:43:19 | 04/07/2018 | 06/19/2018 | PA0002126641 |
| 5 | 08F22BD8AF909059A6DBBD6CDD3C1B4AD62B20B4 | Tushy | 04/05/2018 19:42:40 | 01/31/2018 | 02/20/2018 | PA0002104182 |
| 6 | 0B16315F57F07E173D0600CC87ABFC94AE29EC92 | Tushy | 11/13/2018 13:59:11 | 11/02/2018 | 12/09/2018 | 17210345213 |
| 7 | 0C38052DA135D91590C9D84E79AC21628D9E9BB6 | Tushy | 05/06/2018 07:32:27 | 09/23/2017 | 10/09/2017 | PA0002086134 |
| 8 | 1096CDDF4898046E37BF746EF1CBCCE9F23F5411 | Tushy | 05/28/2018 04:28:40 | 03/12/2018 | 04/17/2018 | PA0002116754 |
| 9 | 132EE60D7C0DC1229C3D3CBD15C56561F8581C2E | Vixen | 09/05/2018 05:21:50 | 11/30/2017 | 01/04/2018 | PA0002097470 |
| 10 | 1B99BCB48901142E0B0F76F0AFF83CA8A7B487C9 | Tushy | 10/21/2018 20:49:05 | 10/18/2018 | 11/25/2018 | PA0002136724 |
| 11 | 1D3C4E5D3BC8C277A7728459A56D47ECFE6AD240 | Tushy | 03/13/2018 05:57:18 | 01/16/2018 | 01/24/2018 | PA0002101757 |
| 12 | 1F6D2B8B3E349D95C7205A9E6C7826A7CFF8E1F1 | Tushy | 03/27/2018 12:31:28 | 04/11/2017 | 06/15/2017 | PA0002037579 |
| 13 | 21D171DF7EFFBC46E8986EE3848E3B5A4E4C26AB | Tushy | 08/17/2018 16:04:13 | 08/14/2018 | 09/01/2018 | PA0002119587 |
| 14 | 22883186DAB5FCA92C8513AD939652BCB867FD5C | Tushy | 06/11/2018 12:01:26 | 08/19/2017 | 10/10/2017 | PA0002086140 |
| 15 | 22E756AB10195C299D4EF6CDE019BC534B8A8E62 | Tushy | 08/18/2018 23:43:46 | 06/20/2018 | 08/07/2018 | PA0002132405 |
| 16 | 2792CFE99C40641407BFC00440005D0FBAC48D6F | Tushy | 11/13/2018 09:27:10 | 07/25/2018 | 09/05/2018 | PA0002134601 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 28F94F30A942C1A433243BEF5077E036528DDAF8 | Blacked Raw | 06/03/2018 09:50:15 | 11/08/2017 | 12/04/2017 | PA0002097993 |
| 18 | 292E9CFB904C348C5A2DAD9C019F9226070A26A0 | Blacked | 10/31/2018 15:56:24 | 07/24/2018 | 09/01/2018 | PA0002119589 |
| 19 | 2B1BABC882B4895DC5408D9D21BB65F93F3BEEC8 | Blacked Raw | 09/26/2018 06:18:22 | 08/10/2018 | 09/05/2018 | PA0002135668 |
| 20 | 2C1CDFED526B8834B75901F8F2B21B3633B2C8F8 | Tushy | 05/30/2018 17:00:48 | 01/06/2018 | 01/24/2018 | PA0002101756 |
| 21 | 2D0A58AC281F78D3727962D95C09C7F154AE8142 | Blacked Raw | 06/03/2018 07:21:46 | 01/02/2018 | 01/26/2018 | PA0002101761 |
| 22 | 2E72092B0B63BE9DDE5FCE742CB522B62857ABCA | Tushy | 07/17/2018 16:27:41 | 03/22/2018 | 04/17/2018 | PA0002116092 |
| 23 | 2EA0290F13E4A4197E055E913DFCD0B58D85DF2B | Tushy | 11/13/2018 13:49:56 | 10/13/2018 | 11/01/2018 | PA0002143435 |
| 24 | 2FE4248FF403CC4AC400EB970FBEF1FC8D8454F4 | Blacked | 04/12/2018 04:48:28 | 02/09/2018 | 03/02/2018 | PA0002104745 |
| 25 | 31EF59E9D5E66FB4FF59BFFE051E98CB6C595DCB | Tushy | 10/13/2018 06:06:14 | 05/06/2018 | 06/19/2018 | PA0002126449 |
| 26 | 35716DE321621E8E0C6E0CCBBDAE0F46628F447A | Tushy | 03/21/2018 04:33:12 | 02/05/2018 | 02/20/2018 | PA0002104194 |
| 27 | 35FC391D7869DA183CB119D3D676978EC11ADDB9 | Blacked Raw | 06/03/2018 09:44:59 | 12/13/2017 | 01/02/2018 | PA0002097434 |
| 28 | 36B7266729748819E444F7942B37F3EDD4208849 | Blacked Raw | 06/04/2018 15:13:49 | 02/16/2018 | 03/01/2018 | PA0002079185 |
| 29 | 37169DE42EF502B42C2088D3ECF0802222968CF8 | Blacked Raw | 08/26/2018 06:51:56 | 07/31/2018 | 09/05/2018 | PA0002134603 |
| 30 | 3899DF23466A4A4C58CA53479AE6CF8DD8BEF4C2 | Tushy | 04/07/2018 18:34:26 | 12/27/2017 | 01/23/2018 | PA0002101754 |
| 31 | 3AF67ADE722E77AF5C23A9FB165F53CADB24E1AC | Blacked Raw | 06/03/2018 10:09:23 | 11/28/2017 | 01/04/2018 | PA0002097446 |
| 32 | 3B7D74C183523D3A8AA2E1EB60D28387ED46BF11 | Tushy | 10/27/2018 23:42:06 | 08/09/2018 | 09/05/2018 | PA0002135685 |
| 33 | 3D053805CCD7FD3E623BC505E427299B900CCC27 | Blacked Raw | 06/04/2018 05:44:46 | 05/02/2018 | 06/19/2018 | PA0002126647 |
| 34 | 3D5565340A11007367A788386A1708908C63FDA4 | Tushy | 11/13/2018 07:09:29 | 10/08/2018 | 11/01/2018 | PA0002143422 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | 3F55299C0340DB28E93C088B26DEC2825875EAF3 | Tushy | 05/01/2018 16:28:00 | 04/06/2018 | 06/19/2018 | PA0002126674 |
| 36 | 3FDB875896D423571DEA77440A0E1559101EA486 | Tushy | 11/02/2018 06:32:22 | 03/27/2018 | 04/17/2018 | PA0002116065 |
| 37 | 41C62207ADF0D03D82414693BAA46DB231130B94 | Tushy | 06/07/2018 05:56:52 | 11/12/2017 | 11/30/2017 | PA0002098037 |
| 38 | 43AF666D13FBC2B12953D257F6CA4935FC3CD7B5 | Blacked Raw | 06/03/2018 10:06:54 | 01/07/2018 | 01/24/2018 | PA0002101759 |
| 39 | 43E0D25E70530A6C6837D3E3EBC16B958F2E24AC | Blacked Raw | 06/03/2018 07:34:14 | 03/28/2018 | 04/12/2018 | PA0002091513 |
| 40 | 44F6C759F4752247486CF56C77F44FEA0E1065F2 | Tushy | 04/11/2018 08:51:45 | 11/17/2017 | 01/04/2018 | PA0002069336 |
| 41 | 464AB452DA8258FA23BA74830F0D57EE7CA518C5 | Tushy | 03/10/2018 22:07:33 | 08/24/2017 | 09/15/2017 | PA0002052837 |
| 42 | 46C84BF17CDF12E77D5CD12BA487AF3930E73F2D | Tushy | 04/07/2018 18:12:14 | 02/25/2018 | 03/01/2018 | PA0002079188 |
| 43 | 48FACB22E186B79A3559DF1240089673767DFC3E | Tushy | 06/22/2018 05:29:06 | 12/17/2017 | 01/24/2018 | PA0002101765 |
| 44 | 4F0D3D0FD3F88791F4933080453A052BE6924F22 | Tushy | 03/12/2018 10:27:06 | 10/08/2017 | 10/19/2017 | PA0002058298 |
| 45 | 4FD530AFCD695ED8E130447A426E45259006C41E | Tushy | 03/19/2018 02:09:11 | 10/28/2017 | 12/04/2017 | PA0002098014 |
| 46 | 4FF62836FC3C509617EE5DE7658EAABE045C0BA1 | Tushy | 05/19/2018 07:56:12 | 09/13/2017 | 10/10/2017 | PA0002086153 |
| 47 | 50918624232E330D3BE580D70686E8187DA40C50 | Tushy | 07/29/2018 06:05:00 | 07/20/2018 | 09/05/2018 | PA0002134598 |
| 48 | 52676DB8AF414DEA769B50EB28C052C61D366D93 | Tushy | 03/31/2018 17:28:58 | 04/01/2017 | 06/05/2017 | PA0002050768 |
| 49 | 554E325A9D7E7E6E67EB4F6AE427E8A6A2D051DC | Blacked | 11/03/2018 04:33:10 | 03/11/2018 | 04/17/2018 | PA0002116091 |
| 50 | 57265592C5C5250306EC4D4BB6CE2E5CAC8E09C5 | Tushy | 01/27/2018 06:44:29 | 09/08/2017 | 09/15/2017 | PA0002052841 |
| 51 | 57D55CF2E1C375BBFAB76A1226219452189BF550 | Blacked Raw | 06/03/2018 07:26:36 | 12/03/2017 | 01/04/2018 | PA0002097460 |
| 52 | 5C129E1870A36D3B353ED0950B4E7BD485B3DA50 | Tushy | 11/01/2018 06:34:18 | 02/15/2018 | 03/02/2018 | PA0002104881 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 53 | 5EFCC9880947C80F73A6CDD0B960C1FEFA5E846A | Tushy | 04/25/2018 02:06:41 | 03/17/2018 | 04/17/2018 | PA0002116750 |
| 54 | 5F2F14843CCBE0F334A5904C3046D6785CA6C922 | Tushy | 01/11/2018 11:31:07 | 01/01/2018 | 01/22/2018 | PA0002101767 |
| 55 | 5F6FB8DFB2DFD2AC9E2B50F5AEE4780448746B4F | Tushy | 09/04/2018 12:39:17 | 06/10/2018 | 07/14/2018 | PA0002128387 |
| 56 | 60B1F250443CE8ACAC6E4BE6DAE670CBFA489E11 | Tushy | 05/19/2018 08:24:20 | 02/20/2018 | 03/01/2018 | PA0002079187 |
| 57 | 60FEB3E4F343965C4C847A6F071D77F52C61BB52 | Tushy | 09/26/2018 02:27:57 | 09/23/2018 | 11/01/2018 | PA0002143415 |
| 58 | 637973CB536525CD32F7FFDC054B4E1B9742D7FA | Tushy | 09/30/2018 21:34:30 | 11/22/2017 | 01/04/2018 | PA0002069339 |
| 59 | 64D40092B3D528552372E59E9627B7D57E83B443 | Tushy | 09/05/2018 05:54:42 | 09/03/2018 | 11/01/2018 | PA0002143436 |
| 60 | 671DDFBC666A9FFA0E88AB3B20AB945C9AB2FF25 | Tushy | 07/06/2018 11:28:16 | 07/05/2018 | 08/07/2018 | PA0002132399 |
| 61 | 6EF8D880A4BA06481EE79D4E1CE6851A1F6DA3FB | Tushy | 11/13/2018 09:20:42 | 11/07/2018 | 11/25/2018 | PA0002136607 |
| 62 | 6F3ECC6B6F2049CB91A3321964BC886A73A62994 | Tushy | 11/13/2018 07:24:42 | 09/08/2018 | 10/16/2018 | PA0002127788 |
| 63 | 70EA4507606918AE97CFB4C96B9F691455823620 | Tushy | 06/08/2018 23:29:55 | 06/05/2018 | 07/14/2018 | PA0002128384 |
| 64 | 7187921EA9FCD6A45613346F742B048B53088923 | Tushy | 11/13/2018 09:01:56 | 09/18/2018 | 10/16/2018 | PA0002127779 |
| 65 | 73F33BDDD94B5889A8E8758E88B3D09B30F3525E | Blacked Raw | 06/03/2018 09:55:02 | 05/07/2018 | 06/19/2018 | PA0002126670 |
| 66 | 763A6FC5F201546394575CD7601D8C2D7DBD3AE7 | Blacked Raw | 10/30/2018 08:05:55 | 09/04/2018 | 11/01/2018 | PA0002143430 |
| 67 | 76E1521EDE1482222906D3885B22113AABBE4DC0 | Blacked Raw | 06/04/2018 03:56:06 | 05/12/2018 | 05/24/2018 | PA0002101380 |
| 68 | 7ADD0E09EEEF892982208191A8808453A1480C84 | Tushy | 11/13/2018 14:09:33 | 10/28/2018 | 12/09/2018 | 17210310513 |
| 69 | 7B643CCF65BD00A3C0497348CFDE377BE0BC036D | Tushy | 08/19/2018 23:55:40 | 08/19/2018 | 09/05/2018 | PA0002134998 |
| 70 | 8151CF541971EF70109DA42D60358D50840274AE | Tushy | 10/13/2018 06:21:24 | 01/26/2018 | 02/20/2018 | PA0002104196 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 71 | 84BEF1867B3EF57983478E33EBCC9E016308D060 | Tushy | 05/24/2018 17:53:51 | 05/11/2017 | 06/22/2017 | PA0002039286 |
| 72 | 8655ED49B12B5E2BD4E3E51BF6A51E2ADE6A9247 | Tushy | 10/21/2018 21:55:35 | 10/03/2018 | 11/01/2018 | PA0002143432 |
| 73 | 86DA99CE52DFDC8CE11D344E8FA4344EA717F6CE | Tushy | 05/03/2018 17:51:03 | 04/11/2018 | 05/23/2018 | PA0002101305 |
| 74 | 8D2EFF22392159795F468C91719C1C252C255924 | Blacked Raw | 06/03/2018 07:35:12 | 03/23/2018 | 04/17/2018 | PA0002116746 |
| 75 | 921AED6337A58B159CFAF9DADDFE2D91CDFF8AB3 | Tushy | 05/29/2018 02:20:12 | 06/25/2017 | 07/07/2017 | PA0002070817 |
| 76 | 963232B05435B68AAF26F8CA9D942BB02B953191 | Blacked Raw | 06/03/2018 09:46:32 | 11/13/2017 | 11/30/2017 | PA0002098039 |
| 77 | 98F09643766D5D561E986EFEB5BBA4F6BE98517E | Tushy | 06/28/2018 15:29:03 | 06/25/2018 | 08/07/2018 | PA0002132395 |
| 78 | 9B5761C43053C4D647846D4270AD5085098C8B1A | Tushy | 07/07/2018 12:12:24 | 08/29/2017 | 10/10/2017 | PA0002086144 |
| 79 | 9F1AEDB1A46ED2351C6734A7C20C7CCA52E8D790 | Blacked Raw | 06/03/2018 07:51:34 | 06/01/2018 | 07/14/2018 | PA0002128077 |
| 80 | A20663D7352E7CB123646C56953D70B4B1A9DB27 | Blacked Raw | 06/03/2018 07:39:03 | 05/17/2018 | 06/19/2018 | PA0002126644 |
| 81 | A2479A4C50E1A0EFA35C039155353DFBE7DE8408 | Tushy | 06/26/2018 18:50:08 | 03/07/2018 | 04/17/2018 | PA0002116089 |
| 82 | A5FA84BEBC5D2C5A5330581452C032D90577EDC1 | Tushy | 09/08/2018 22:54:29 | 08/04/2017 | 08/17/2017 | PA0002077666 |
| 83 | A7B696A97C4BEA852C86BF8A9BEA96CB4C9A3B10 | Blacked Raw | 06/03/2018 07:29:13 | 05/22/2018 | 07/14/2018 | PA0002128073 |
| 84 | A825A5B2C0A69428CCCF8ABF9FCCFDBF0B27D533 | Tushy | 03/09/2018 19:56:37 | 02/10/2018 | 02/20/2018 | PA0002104201 |
| 85 | ABDFB02F5D20E29C32ABCE90A8478787DDA3C11D | Tushy | 08/18/2018 13:14:43 | 06/10/2017 | 07/07/2017 | PA0002074096 |
| 86 | ADE1368B6E46C601134E08553491193B57B6B7C9 | Blacked Raw | 06/04/2018 15:12:54 | 03/18/2018 | 04/17/2018 | PA0002116068 |
| 87 | AE239D62AECAF3E11B72744CA93C44F09BAECD9C | Blacked Raw | 06/03/2018 10:09:59 | 02/11/2018 | 03/02/2018 | PA0002104740 |
| 88 | B03CBD005EA3FE84F8826825AB54F8BB43D9DCAA | Tushy | 01/27/2018 10:45:23 | 01/11/2018 | 01/24/2018 | PA0002101766 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 89 | B2FD66E2AC3041F5BC1B47E10AB19BFE17034FE9 | Blacked Raw | 06/03/2018 09:44:48 | 04/12/2018 | 06/18/2018 | PA0002126637 |
| 90 | B30A24C236439A9B2C65C9234830190BD3026085 | Tushy | 06/11/2018 12:29:58 | 10/23/2017 | 12/04/2017 | PA0002098018 |
| 91 | B424C26184F5332917489BF6612A54C497C19247 | Tushy | 06/26/2018 12:45:19 | 05/21/2018 | 07/14/2018 | PA0002131769 |
| 92 | BBCB17D52E2EF3886EA8720EB8D1D01CCCC96F71 | Blacked Raw | 06/04/2018 04:21:07 | 02/01/2018 | 02/20/2018 | PA0002104206 |
| 93 | BE3C7E08A25F7E1BAB1ADBA3B168C1BF40ABB688 | Blacked Raw | 06/04/2018 04:00:29 | 12/28/2017 | 01/24/2018 | PA0002101763 |
| 94 | BF0780F2FFDA83874CCA51107D499AED2E52AD92 | Blacked Raw | 06/04/2018 07:56:49 | 12/08/2017 | 01/02/2018 | PA0002097423 |
| 95 | BF9A8862FB7980570FA988AB354BA6300B4B31A0 | Tushy | 04/07/2018 21:06:23 | 04/01/2018 | 04/17/2018 | PA0002116061 |
| 96 | C8A2CB066EE5DB21483876714831BFF1C9B6CCBB | Tushy | 05/29/2018 03:01:31 | 05/26/2018 | 07/14/2018 | PA0002128078 |
| 97 | C8D1E5C19A4221AC02A97002AB885906308DAC93 | Blacked Raw | 06/04/2018 06:14:46 | 01/17/2018 | 01/24/2018 | PA0002101760 |
| 98 | CA9C1A77C9BAC47BC3A59D3009DCAF3A444BBA43 | Tushy | 08/26/2018 06:40:32 | 11/27/2017 | 01/04/2018 | PA0002069335 |
| 99 | CD6294A1E374A9314470B69751116A79B32C1E56 | Blacked Raw | 06/04/2018 04:19:49 | 11/18/2017 | 01/02/2018 | PA0002068867 |
| 100 | CF06BF9B172CD624567C9F9EE7CB1E2A97B8C66B | Tushy | 04/25/2018 02:45:24 | 12/02/2017 | 01/04/2018 | PA0002097497 |
| 101 | CF7373B976BF078DBB9CE0871213D8469D84358D | Tushy | 04/28/2018 00:04:35 | 10/03/2017 | 10/10/2017 | PA0002086147 |
| 102 | D0BB360420E57FE725E43E8A0001D26CEABF17CC | Blacked Raw | 06/04/2018 06:15:09 | 01/22/2018 | 02/20/2018 | PA0002104185 |
| 103 | D1FC96E10BA7748B5EB03C8BF0B6C39397B9979F | Tushy | 03/09/2018 17:13:42 | 11/02/2017 | 12/05/2017 | PA0002098020 |
| 104 | D26115D8966BF3A672651C119BBE178A9C1A7D82 | Tushy | 08/21/2018 01:22:44 | 07/15/2018 | 08/07/2018 | PA0002132406 |
| 105 | D292618BE500B68D5A2851DE6C3ABCDE8522F9EC | Blacked | 11/10/2018 22:06:42 | 09/27/2018 | 11/01/2018 | PA0002143428 |
| 106 | D426A2D6E52831784821746CD52676CA758A10BA | Tushy | 03/21/2018 15:03:06 | 12/07/2017 | 01/04/2018 | PA0002097494 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 107 | D50BF8212FE5D98D5F36C1B12E745F493E67C6DE | Blacked Raw | 06/03/2018 07:26:53 | 04/02/2018 | 04/17/2018 | PA0002116078 |
| 108 | DBF08487A3D7FE3704DADAB3BEAE6159E4C2DA38 | Tushy | 11/13/2018 09:26:28 | 07/10/2018 | 08/07/2018 | PA0002132397 |
| 109 | DE7E2745CA9852B9211F2FA9E25B9E5580F43C6E | Tushy | 07/04/2018 10:00:47 | 06/30/2018 | 07/26/2018 | PA0002112157 |
| 110 | DFCCBFB7EED852E6617D609C4731A1744A9862A9 | Tushy | 07/24/2018 10:14:35 | 05/16/2018 | 06/19/2018 | PA0002126446 |
| 111 | E39211CD578D8725EC56A93E4277596E667706A6 | Tushy | 10/27/2018 22:29:07 | 10/23/2018 | 11/25/2018 | PA0002136621 |
| 112 | E4BB4B0185636612E25A2955F474B4494789F63C | Blacked | 06/12/2018 08:02:34 | 10/07/2017 | 10/19/2017 | PA0002058300 |
| 113 | E7C167B7DCE7837A2A6C8DBD3F939893FBBE912E | Tushy | 05/29/2018 03:13:51 | 05/01/2018 | 06/19/2018 | PA0002126640 |
| 114 | EBC75FD3F24B24A008F1CB3134B8FD15ED6A438E | Tushy | 03/12/2018 10:19:51 | 06/20/2017 | 07/07/2017 | PA0002070816 |
| 115 | EC033492E93572F9A38F165C56FC88DDD20FCFE0 | Tushy | 03/21/2018 15:25:52 | 03/02/2018 | 04/17/2018 | PA0002116728 |
| 116 | EDAA460FA5995B02EF111997AAC1E210CA5669F6 | Tushy | 07/24/2018 15:45:42 | 04/06/2017 | 06/05/2017 | PA0002050769 |
| 117 | EF44C25D262A856219F5BE477C72F5B8F122FAAA | Tushy | 05/01/2018 13:24:40 | 04/21/2018 | 05/23/2018 | PA0002101309 |
| 118 | F15A3D34FF0FD051292EC25A6DBB3F574863F6E2 | Blacked Raw | 06/03/2018 07:37:12 | 04/17/2018 | 05/23/2018 | PA0002101308 |
| 119 | F3503DF2F7A91146244D2C9E7A79E1A34C966402 | Tushy | 08/13/2018 05:24:22 | 08/04/2018 | 09/01/2018 | PA0002119573 |
| 120 | F445823EE2BB5E4BF4886EB8490DF47ACC438C4E | Tushy | 07/05/2018 10:59:48 | 05/31/2018 | 07/14/2018 | PA0002131771 |
| 121 | FCC6E64C53FFBAC958B981F6F6C66DECC1071B58 | Tushy | 05/01/2018 15:06:21 | 04/16/2018 | 06/18/2018 | PA0002126681 |
| 122 | FD622BCB0843A8B0A5C4FAAD98CA90F0DC55A559 | Blacked | 09/26/2018 07:12:45 | 09/22/2017 | 10/10/2017 | PA0002057455 |
| 123 | FDF2C8AE50747F233C8E1FAA401D78348A23859C | Tushy | 08/21/2018 06:08:53 | 05/11/2018 | 05/24/2018 | PA0002101379 |